1                 UNITED STATES DISTRICT COURT

2                    DISTRICT OF NEVADA

| | |
|---|---|
| 3  ROY DANIELS MORAGA, | Case No.  3:21-cv-00055-MMD-WGC |
| 4                     Plaintiff | **ORDER** |
| 5       v. | |
| 6  C/O FONSECA, | |
| 7                     Defendant | |
| 8 | |

9  **I.      DISCUSSION**

10        On January 25, 2021, Plaintiff, an inmate in the custody of the Nevada Department

11  of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and

12  filed an application to proceed *in forma pauperis*.  (ECF Nos. 1-1, 1).  Plaintiff's application

13  to proceed *in forma pauperis* is incomplete.

14        Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin

15  a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil

16  action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the

17  inmate must submit <u>all three</u> of the following documents to the Court:

18        (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

19        Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

20        page 3),

21        (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

22        official (i.e. page 4 of this Court's approved form), and

23        (3) a copy of the **inmate's prison or jail trust fund account statement for the**

24        **previous six-month period**.

25        <u>Plaintiff has not submitted a financial certificate and an inmate account statement</u>

26  <u>for the previous six-month period</u>.  Accordingly, the Court denies Plaintiff's application to

27  proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is

28  incomplete.  The Court will grant Plaintiff a **one-time extension** to file a fully complete

application to proceed *in forma pauperis* containing all three of the required documents. Plaintiff will file a fully complete application to proceed *in forma pauperis* on or before **March 29, 2021**.  Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **March 29, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **March 29, 2021** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 29, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

- 2 -

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **March 29, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED:   January 27, 2021

William G. Cobb

UNITED STATES MAGISTRATE JUDGE

- 3 -